STATE OF CONNECTICUT *v.* CARL J. SCOTIGNELLO

STATE OF CONNECTICUT *v.* PAUL F. LECLAIR

STATE OF CONNECTICUT *v.* WILLIAM N. RHODES

STATE OF CONNECTICUT *v.* DAVID P. DAVIAU

The state's attorney and counsel for each defendant in the above-entitled cases, tried jointly, having requested and stipulated that this court find reversible error because of the charge by the trial court on the failure of an accused to testify, and in view of the decision of this court in *State* v. *Vars,* 154 Conn. 255, 272, 224 A.2d 744, it is ordered that, in the appeal from the Superior Court in Windham County, the judgment as to each of the defendants be, and hereby is, set aside and, as to each defendant, a new trial is ordered.

*John B. Sullivan,* state's attorney, for the appellee (plaintiff).

*Basil T. Tsakonas,* for the appellants (defendants).

Argued February 7—decided February 8, 1967

JOHN PERRONE *v.* GREGORY MORRISSEY, MAYOR OF THE CITY OF WEST HAVEN, ET AL.

The motion by the plaintiff to dismiss the appeal from the Superior Court in New Haven County is granted.

*Lawrence J. Carboni,* for the appellee (plaintiff).

*John V. Cassidento,* for the appellants (defendants).